IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

STEPHANIE P. DALLAS,

    Plaintiff,

vs.

GLYNN COUNTY DETENTION CENTER,

    Defendant.

CIVIL ACTION NO.: CV206-175

## ORDER

Pursuant to Rule 26.1(a) of the Local Rules of this Court, the parties are to confer pursuant to FED. R. CIV. P. Rule 26(f) within twenty days after the filing of the last answer of the defendants. Within ten days of that conference, the parties are to file a report with the Court. Local Rule 26.1(b) No discovery is to be taken and no discovery deadlines are issued until the Rule 26(f) report is filed.

The docket in this case indicates that the answer was filed on October 20, 2006, and as of the date of this Order, the Rule 26(f) report has not been filed with the Court.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff and counsel for the defendant show cause in writing, within ten days of the date of this Order, why this case should not be dismissed for want of prosecution for failure to file the Rule 26(f) report or why the answer of defendant should not be stricken.

**SO ORDERED**, this 26th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)